UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-1271-AGS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| JUAN QUEZADAS-TORRES, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: August 16, 2023

HON. ANDREW G. SCHOPLER
UNITED STATES DISTRICT JUDGE